■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ROBINSON, Appellant. [849 NYS2d 819]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered May 24, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Pine, JJ.